# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:10-CR-0202-02-RWS |
| CHUKWUKA ONYEKABA, : | |
| Defendant. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [149] of Magistrate Judge Russell G. Vineyard. After reviewing the Report and Recommendation and Defendant's Objections [150] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion for Remand to the Magistrate Judge and Request for Leave to File Additional Motions [133] and the additional Motions to Suppress Evidence [135 and 136] are hereby **DENIED**.

The *pro se* Motion for Defendant Chukwuka Onyekaba for recommendation of second counsel [159] is **DENIED**, as Defendant may not file a *pro se* motion when he is represented by counsel. United States v. LaChance, 8117 F.2d 1491, 1498 (11th Cir. 1987).[1]

**SO ORDERED** this  7th  day of March, 2012.

_____
**RICHARD W. STORY**
United States District Judge

---

[1] Defendant Adigun's Motion to Depose Material Witness in Foreign Country [158] having been withdrawn [214], said Motion should be removed from the pending motions list on the docket.

2